**Opinion filed August 15, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00177-CV

_____

## JOSEPH "JOE" WALTER DARLAK, Appellant

## V.

## CITY OF ABILENE, Appellee

**On Appeal from the County Court at Law**
**Taylor County, Texas**
**Trial Court Cause No. 1-1268-12**

## MEMORANDUM OPINION

Joseph "Joe" Walter Darlak, Appellant, has filed in this court a motion for voluntary dismissal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Appellant requests that we dismiss his appeal because "the parties have fully compromised and settled all issues in dispute." Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion for voluntary dismissal is granted, and the appeal is dismissed.

August 15, 2013                                                              PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.